Anastacio **FERNANDEZ– RIVAS**, Petitioner,

v.

Eric H. **HOLDER**, Jr., Attorney General, Respondent.

No. 08–71087.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Oct. 19, 2010.*

Filed Oct. 25, 2010.

Randy J. Tunac, Allen, Tunac & Coughlon, PLLC, Phoenix, AZ, for Petitioner.

Wendy Benner–Leon, Esquire, Oil, James Eugene Grimes, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

### MEMORANDUM **

Anastacio Fernandez–Rivas, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Young Sun Shin v. Mukasey*, 547 F.3d 1019, 1023 (9th Cir.2008), and we deny the petition for review.

Fernandez–Rivas is bound by his attorney's concession of removability before the IJ, *see id.* at 1024, and has not asserted any other contentions on appeal.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is